[No. 41578-0-II.  Division Two.  August 9, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRETT ANTHONY SCHMUS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00667-4, Edmund Murphy, J., entered December 10, 2010. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt, J.; Quinn-Brintnall, J., dissenting.

[No. 41749-9-II.  Division Two.  August 9, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY THOMAS LYNCH, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00253-2, George L. Wood, J., entered February 1, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 41801-1-II.  Division Two.  August 9, 2012.]

JON C. HOPKINS, *Appellant*, v. INTERSTATE DISTRIBUTOR CO. ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-07585-6, Ronald E. Culpepper, J., entered August 28, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Van Deren, J.